UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/19

-----------------------------------------------------------X

CHRISTOPHER O'ROURKE,                          :

                                               :    ORDER
                Plaintiff,                           19 Civ. 4711 (PAE) (GWG)

                                               :

        -v.-
                                               :

NIRVANA,
                                               :

                Defendant.                     :
-----------------------------------------------------------X

## GABRIEL W. GORENSTEIN, United States Magistrate Judge

If plaintiff plans to move for a default judgment, he shall obtain a certificate of default and file a motion for a default judgment before Judge Engelmayer on or before December 12, 2019. If he fails to do so, this case may be dismissed for failure to prosecute under Rule 41 of the Federal Rules of Civil Procedure.

SO ORDERED.

Dated: November 12, 2019
       New York, New York

GABRIEL W. GORENSTEIN
United States Magistrate Judge

Copy mailed to:

Christopher O'Rourke
357 East 57th Street
New York, New York  10022